IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GAETANO TAIBI, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CV S-04-1026 GEB KJM <br><br> <u>ORDER RE SETTLEMENT</u> <br> <u>AND DISPOSITION</u> |

On May 17, 2005, Plaintiff's counsel filed a Notice of Settlement. The parties have until 4:00 p.m. on July 29, 2005, to either file a document dismissing this action or to lodge a proposed order which could effect dismissal. <u>See</u> L.R. 16-160(b). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: May 18, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge