Alan J. Kessel (Cal. Bar No.: 130707)
Keli N. Osaki (Cal. Bar No.: 179920)
Sandeep J. Shah (Cal. Bar No.: 210449)
**BUCHALTER, NEMER, FIELDS & YOUNGER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182

Attorneys for Plaintiff DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation, | Case No. CIV-S-04-01026 GEB KJM |
| Plaintiff, | Hon. Garland E. Burrell |
| vs. | **[PROPOSED] ORDER DISMISSING DEFENDANT GAETANO TAIBI** |
| GAETANO TAIBI, | |
| Defendant. | |

Having read the Request for Voluntary Dismissal of Defendant GAETANO TAIBI filed herein by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed without prejudice as against Defendant GAETANO TAIBI only;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date; and

///
///
///
///

BNFY 601117v1 -1- (CIV-S-04-01026 GEB KJM)

**[PROPOSED] ORDER DISMISSING DEFENDANT GAETANO TAIBI**

1        3.    As Defendant GAETANO TAIBI is the last remaining active Defendant in this

2  action, this entire action as to all remaining claims is hereby terminated in full.

4  DATED: July 22, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge